Nellie H. Lamphear, as Administratrix, etc., of Silas A. Lamphear, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.